**UNITED STATES BANKRUPTCY COURT**
**MIAMI**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**

**CASE NO.:  17-16526-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

YUNIEL CASANUEVA RODRIGUEZ
CHRISTINA FIGUEROA

DEBTORS_____/

**REPORT OF COMPLIANCE WITH LOCAL RULE 3070-1(B)**

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtors, pursuant to Local Rule 3070-1(B) were to be current in all payments under the confirmed Chapter 13 Plan on or before **October 14, 2021**.  The Debtors have complied with the said order.

2. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 27th day of October, 2021.

                    _/s/ Nancy K. Neidich_____
                    NANCY K. NEIDICH, ESQUIRE
                    STANDING CHAPTER 13 TRUSTEE
                    P.O. BOX 279806
                    MIRAMAR, FL  33027-9806

CC: YUNIEL CASANUEVA RODRIGUEZ
    CHRISTINA FIGUEROA
    PATRICK L. CORDERO, ESQUIRE